IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL CASE NO. 9:05-CR-31 |
| | § | |
| FLOYD CHARLES LOUT | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**ON DEFENDANT'S COMPETENCY**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency. After considering the examiner's findings, Judge Giblin filed his report and recommendation on defendant's competency to stand trial. Judge Giblin concluded that the defendant is competent pursuant to 18 U.S.C. § 4241.

The parties waived their rights to object to the magistrate judge's findings and recommendation and agreed to the immediate acceptance of Judge Giblin's recommendation that the defendant be found competent. The Court **ORDERS** that the report and recommendation on defendant's competency [doc. #79] is **ADOPTED.** The Court further **ORDERS** and **FINDS** that, in accordance with the magistrate judge's recommendation, the examiner's report, and the parties' agreement, defendant, Floyd Charles Lout, is competent to proceed pursuant to Title 18, United States Code, Section 4241.

So **ORDERED** and **SIGNED** this **14** day of **December, 2012.**

_____
Ron Clark, United States District Judge